# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>ANTOWAN HAGAN<br>also known as "Antowan Hagans"<br>DOB: xx/xx/xxxx-PDID: xxx-xxx<br><br>*Defendant(s)* | Case: 1:21-mj-00268<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 3/1/2021<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 27, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Ruger, .380 caliber semi-automatic handgun and .380 caliber ammunition. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

Markel Jones, Officer, MPD
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Telephone (specify reliable electronic means).

Date: __03/01/2021__

*Judge's signature*

City and state: __Washington, DC__   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*