AO 442 (Rev. 01/09) Arrest Warrant

9496364

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:21-mj-00268 |
| v. | ) | Assigned To : Harvey, G. Michael |
| ANTOWAN HAGAN | ) | Assign. Date : 3/1/2021 |
| also known as "Antowan Hagans" | ) | Description: Complaint w/ Arrest Warrant |
| Defendant | ) | |

## ARREST WARRANT

RECEIVED MAR 1 '21
U.S. MARSHAL-DC PM1:30

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ANTOWAN HAGAN, also known as "Antowan Hagans",
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable of Imprisonment for a Term Exceeding One Year

Date: 03/01/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.01 13:17:09 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

G. Michael Harvey, U.S. Magistrate
*Printed name and title*
Judge

### Return

This warrant was received on *(date)* 03/01/2021, and the person was arrested on *(date)* 02/28/2021
at *(city and state)* Washington DC

Date: 03/01/2021

*Arresting officer's signature*

Steven Caldwell DEO
*Printed name and title*