UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>ANTOWAN HAGAN )<br>_____ ) | Crim. No. 1:21-cr-187 (ABJ) |

## NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for the defendant, Antowan Hagan pursuant to the Court's appointment under the Criminal Justice Act (CJA).

Respectfully Submitted,

/s/ *Peter A. Cooper*
_____
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Antowan Hagan

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 26th day of June, 2022.

/s/ *Peter A. Cooper*
_____
Peter A. Cooper